Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
Bonaparte & Leggatt, LLC
One SW Columbia, Suite 460
Portland, OR 97204
Telephone: (503) 242-0005

Gabriel Watson, OSB No. 190401
Email: gaw@watsonlawpc.com
Watson Law Office PC
1822 SE Taylor Street
Portland, OR 97214
Telephone: (971) 777-0033

*Of Attorneys for Plaintiffs Nathan Harpham
and Kelsey Harpham*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| NATHAN HARPHAM, an individual, and KELSEY HARPHAM, an individual, | ) ) ) | Case No.: 6:25-cv-01490-MC |
| Plaintiffs, | ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

THE PARTIES HEREBY STIPULATE and agree that the above-captioned matter has

been fully compromised and settled between them and the same may be dismissed with

prejudice and without attorney fees and costs.

Page 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED.

Dated July 1, 2026.

BONAPARTE & LEGGATT, LLC

By: *s/ Robert E.L. Bonaparte*
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
One SW Columbia Street, Suite 460
Portland, Oregon 97204
Telephone: (503) 242-0005

Gabriel Watson, OSB No. 190401
Email: gaw@watsonlawpc.com
Watson Law Office PC
1822 SE Taylor Street
Portland, OR 97214
Telephone: (971) 777-0033
*Attorneys for Plaintiffs*

WATHEN LEID HALL & RIDER, P.C

By: */s/ Ryan J. Hall*
Ryan J. Hall, OSB No. 030549
Email: rhall@wlhr.legal
Ashley Jean Stephens, OSB NO. 250570
Email: astephens@wlhr.legal
222 Etruria Street
Seattle, WA 98109
Phone: 206-622-0494
*Of Attorneys for Defendant*

## ORDER OF DISMISSAL

IN CONFORMITY with the foregoing Stipulation, this action is hereby dismissed with

prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED:  7/15/2026

s/Michael J. McShane
Michael J. McShane
United States District Court Judge

**Presented by:**

BONAPARTE & LEGGATT, LLC

 */s/ Robert E.L. Bonaparte*
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
*Attorneys For Plaintiffs*

Page 2 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE